Howard M. Ullman (SBN 206760)
howard.ullman@dechert.com
Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
Saxon R. Cropper-Sykes (SBN 335537)
saxon.cropper-sykes@dechert.com
Margaret A. Maloney (SBN 367250)
maggie.maloney@dechert.com
DECHERT LLP
45 Fremont Street, Floor 26
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Allison K. Ozurovich
(SBN 312797)
allie.ozurovich@dechert.com
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant*
*Delta Dental of California*

**Additional counsel in the signature block below*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Daniel Meir Klein DDS APC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA DENTAL OF CALIFORNIA, a California corporation,<br><br>Defendant. | **Case No. 2:26-CV-05974-SB-DSR**<br><br>**~~[PROPOSED]~~ ORDER RE AGREED PROTECTIVE ORDER**<br><br>Judge: Stanley Blumenfeld, Jr.<br><br>Discovery Matter: Referred to Magistrate Judge Daniel S. Roberts |

Pursuant to the parties' stipulation as to an Agreed Protective Order [ECF No. 89], the Court hereby adopts and enters the Agreed Protective Order WITH THE FOLLOWING MODIFICATIONS:

Section 13(b), on judicial intervention, is modified to read as follows:

A party that elects to claw back information pursuant to this Order shall serve a privilege log on all parties within seven (7) days of providing notice of the intent to claw back such information that complies with Federal Rule of Civil Procedure 26(b)(5) and that contains the Bates numbers of the documents clawed back, as well as the basis for designating such documents as protected by an applicable privilege, law, or doctrine. A party that elects to challenge a confidentiality or privilege designation (subject to paragraph 11 above) may file and serve a motion in compliance with Local Rules 37-2 through 37-4 that identifies the challenged material and sets forth in detail the basis for the challenge. Each such motion must be accompanied by a competent declaration that affirms that the movant has complied with the meet and confer requirements of this procedure and those set forth in Local Rule 37-1~~Section 6(a) of the Court's Standing Order for Civil Cases~~. The burden of persuasion in any such challenge proceeding shall be on the designating party or nonparty. Until the Court rules on the challenge, all parties shall continue to treat the materials as designated for confidentiality and/or privilege under the terms of this Order.

Section 14, related to discovery motions to the Court is modified to read as follows:

Applications to the Court for an order relating to materials or documents designated Protected Information shall be by motion in compliance with Local Rule 37-1 through 37-4. Nothing in this Order or any action or agreement of a party under this Order limits the Court's power to make orders concerning the disclosure of documents produced in discovery or at trial.

Section 17(a) is modified to add at the conclusion of the existing sentence the following text:

Notwithstanding the preceding sentence, once a case proceeds to trial, all of the court-filed information to be introduced that was previously designated as confidential or maintained pursuant to this protective order becomes public and will be presumptively available to all members of the public, including the press, unless compelling reasons supported by specific factual findings to proceed otherwise are made to the trial judge in advance of the trial. See Kamakana v. City and Cty. of Honolulu, 447 F.3d 1172, 1180-81 (9th Cir. 2006) (distinguishing "good cause" showing for sealing documents produced in discovery from "compelling reasons" standard when merits-related documents are part of court record). Accordingly, the terms of this protective order do not extend beyond the commencement of the trial.

It is so **ORDERED.**

**Dated:** August 4, 2026.

Daniel S. Roberts
United States Magistrate Judge

Dated: August 3, 2026

Respectfully Submitted,

DECHERT LLP

By: */s/ Howard M. Ullman*

Howard M. Ullman (SBN 206760)
Russell P. Cohen (SBN 213105)
Saxon Cropper-Sykes (SBN 335537)
Maggie Maloney (SBN 367250)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Allison K. Ozurovich (SBN 312797)
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Attorneys for Defendant Delta Dental of California

*/s/ Jay S. Handlin*

Leonidas Angelakos (SBN 320083)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5073
Fax: (650) 801-5100

Leonid Feller, P.C.
Quinn Emanuel Urquhart & Sullivan LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Ronald J. Aranoff
Jay S. Handlin (SBN 196250)
Reuben R. Bauer
Wollmuth Maher & Deutsch LLP
500 5th Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

Attorneys for Plaintiffs

**L.R. 5-4.3.4 Attestation**

I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2026

Respectfully Submitted,

DECHERT LLP

By: */s/ Howard M. Ullman*

Howard M. Ullman (SBN 206760)
Russell P. Cohen (SBN 213105)
Saxon Cropper-Sykes (SBN 335537)
Maggie Maloney (SBN 367250)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Allison K. Ozurovich (SBN 312797)
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Attorneys for Defendant Delta Dental of California